| DIST. | OFF. | YR. | NUMBER | MO | DAY | YEAR | J | N/S | O | PTF | DEF | 23 | $ DEMAND | MAG. NO. | COUNTY | DEM. | YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0869 | 4 | 86 | 4159 | 09 | 17 | 86 | 2 | 220 | 2 | | | | $1,000 | 6907 M | 46043 | | 86 4159 |

**PLAINTIFFS**

BEUKELMAN, Dennis A. and
BEUKELMAN, Lillian

**DEFENDANTS**

DYKSTRA, Merlyn;
DYKSTRA, Anna;
JO DE VON Company;
UNITED States of America acting through
   the Internal Revenue Service;
UNITED States of America acting through
   the Veterans Administration

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

28:1441(a)

**ATTORNEYS**

Douglas J. Luebke
PO Box 23
Corsica, SD 57328
946-5255

UNITED STATES OF AMERICA:
Amy J. Sargent
Trial Atty., Tax Division
U.S. Department of Justice
PO Box 683
Ben Franklin Station
Washington, DC 20009
202-724-6421

Ray P. Murley
Ass't U.S. Attorney

Merlyn & Anna Dykstra
605 Georgia Avenue, SW
Orange City, IA 51041
(712) 737-3212

☐ CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS

**FILING FEES PAID**

| DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|
| | | |

**STATISTICAL CARDS**

| CARD | DATE MAILED |
|---|---|
| JS-5 | |
| JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                    DC-111 (Rev. 9/81)

| DATE | NR. | CIV86-4159   PROCEEDINGS |
|------|-----|--------------------------|
| 9/17/86 | 1 | CIVIL Cover Sheet filed. |
| 9/17/86 | 2 | PETITION for Removal From First Judicial Circuit, Douglas County, to U.S. District Court, Southern Division filed. |
| 9/17/86 | 3 | NOTICE of Filing Petition for Removal from First Judicial Circuit, Douglas County, to U.S. District Court, Southern Division filed. |
| 9/17/86 | 4 | APPLICATION of Govt for Order Directing Circuit Court Clerk to Transfer Interpleaded Funds filed. |
| 9/17/86 | 5 | MOTION of Govt to Extend Time to Respond filed. |
| 9-30-86 | 6 | OPPOSITION to Petition For Removal of Civil Action filed. |
| 10-21-86 | 7 | ANSWER of United States of America on Behalf of Veterans Administration filed |
| 10-24-86 | 8 | ANSWER of the United States on behalf of the Dfdt. Internal Revenue Service Filed |
| 1987 | | |
| 2-24-87 | 9 | MOTION by United States for Entry of Default Against Merlyn Dykstra, Anna Dykstra and Joe De Von Company filed |
| 2-24-87 | 10 | AFFIDAVIT by United States in Support of Motion for Entry of Default Against Merlyn Dykstra, Anna Dykstra and Jo De Von Company filed |
| 4/7/87 | 11 | ORDER Fixing Trial Date filed. (Dfdt USA's Motion for entry of default against Merlyn Dykstra, Anna Dykstra and Jo De Von Company will be heard on Tuesday, 6/16/87 at 9:15 a.m.; Court trial to commence on Tuesday, 6/16/87 at 9:30 a.m.) |
| 4/7/87 | | Notice of entry and copy of Order mailed Douglas J. Luebke, Amy J. Sargent, Merlyn and Anna Dykstra and del. U.S. Attorney |
| 5-15-87 | 12 | MOTION by defendant Merlyn Dykstra for Continuance filed. |
| 5-15-87 | 13 | ORDER transferring this case to the Honorable Fred J. Nichol for further proceeding filed |
| 5-18-87 | | Notice of Entry and copy of Order mailed to Douglas J. Luebke, Amy J. Sargent, Merlyn & Anna Dykstra and dlvrd to U.S. Atty's office |
| 5/26/87 | 14 | ORDER that Dfdt Dykstra's Motion for Continuance is denied; Dfdt USA's Motion for Default Judgment against Dfdts Merlyn Dykstra, Anna Dykstra and Jo De Von Company will be heard Tuesday, 6/16/87 at 9:15 a.m.; Court Trial will commenced Tuesday, 6/16/87 at 9:30 a.m. filed. |
| 5/26/87 | | Correct copy of Order entered in 1987 Southern Division Order Book, page 120. |
| 5/26/87 | | Notice of entry and copy of Order mailed Douglas J. Luebke, Amy J. Sargent, Merlyn and Anna Dykstra and del. U.S. Attorney |
| 6-8-87 | 15 | STATUS REPORT filed by the United States, filed. |
| 6-16-87 | | Enter Settlement Conference before the Hon. Fred J. Nichol, Senior Judge. Matter resolved through stipulation of facts. |
| 6-22-87 | 16 | ORDER that the Clerk of Courts of the Circuit Court First Judicial Circuit, Douglas County forthwith transmit the court file and all monies deposited in connection w/this action to Clerk, U.S. District Court, Dist. of SD, Southern Div filed |
| 6-22-87 | | Notice of Entry and copy of Order mailed to Douglas Luebke, Amy J. Sargent, Ray P. Murley, Merlyn and Anna Dykstra |
| 6-22-87 | | Certified copy of Order mailed to Clerk of Court, Circuit Court, First Judicial Circuit, County of Douglas |
| 6-22-87 | | Received from Clerk of Courts, Circuit Court, First Judicial Circuit, Douglas County S. D., Court File 86-23, Beukelman v. Dykstra, together with Check No. 9488 from Treasurer of Douglas County, Armour, SD, in the amount of $4,301.16 |
| 6-29-87 | 17 | ORDER directing Clerk of this Court to deposit sum of $4,301.16 in an interest bearing account until this case is disposed of Filed |
| 6-29-87 | | Notice of Entry and copy of Order mailed Douglas J. Luebke, Amy J. Sargent, Merlyn Dykstra and Ann Dykstra, and del. Ray P. Murley |
| 7-19-87 | 18 | STIPULATION filed. |
| 7/21/87 | 19 | JUDGMENT that Westfield Insurance Co issue a new check in the sum of $3,146.67 payable to Larry Sorell and the IRS which Larry Sorrell will endorse and deliver to the IRS, which check shall be a replacement for check #240724; that the Clerk of Court disburse the deposited interpleaded moneys to the USA acting through the VA and the USA acting through the IRS in the amounts stated in Exhibit A of the Stipulation of Facts; that the Federal Income Tax Liens on the real property shall be discharged & Merlyn Dykstra and Anna Dykstra and Jo De Von |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CIV86-4159 |
|---|---|---|
| Dennis A. Beukelman | Merlyn Dykstra | DOCKET NO. _____ |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | CIV86-4159 — PROCEEDINGS |
|---|---|---|
| 7/21/87 | | Company are hereby divested of the title to the property and title is vested in Dennis A. Beukelman and Lillian Beukelman, subject to a Contract for Deed to Larry Sorell and Madonna Sorell and subject to any mortgages executed by Dennis A. Beukelman and Lillian Beukelman and Larry Sorell and Madonna Sorell filed. Notice of entry and copy of Judgment mailed Douglas J. Luebke, Amy J. Sargent, Merlyn and Anna Dykstra and del. U.S. Attorney |