UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
May 26 1987
William F Clayton
Kmt CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DENNIS A. BEUKELMAN and LILLIAN BEUKELMAN, | |
| Plaintiffs, | CIV 86-4159 |
| vs. | |
| MERLYN DYKSTRA; ANNA DYKSTRA; JO DE VON COMPANY; The UNITED STATES OF AMERICA, acting through the INTERNAL REVENUE SERVICE; the UNITED STATES OF AMERICA, acting through the VETERANS ADMINISTRATION, | ORDER |
| Defendants. | |

page 120

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Court finding no good cause to continue the above captioned action, hereby denies defendant Dykstra's Motion for Continuance filed May 14, 1987,

Now, therefore,
IT IS ORDERED:

(1) That defendant Dykstra's Motion for Continuance is denied;
(2) That defendant United States of America's Motion for a Default Judgment against defendants Merlyn Dykstra, Anna Dykstra and Jo De Von Company will be heard as scheduled on Tuesday, June 16, 1987 at 9:15 a.m.;
(3) That the Court Trial herein will commence as scheduled on Tuesday, June 16, 1987 at 9:30 a.m.
Dated this 26th day of May, 1987.

BY THE COURT:

_____
United States District Judge

ATTEST:
WILLIAM F. CLAYTON, CLERK

BY: _Karen M. Toft_
         Deputy